# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**AMERICAN YOUTH SYMPHONY**
262 16th Street, SE, Suite 3
Washington, D.C.  20003

      Plaintiff,

      v.

**OXYGEN MEDIA, INC.**
75 Ninth Avenue
New York, NY  10011

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.: _____

## NOTICE OF REMOVAL OF ACTION

**TO:**    **The United States District Court
For the District of Columbia**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Oxygen Media, Inc. ("Oxygen") hereby removes the action styled *American Youth Symphony v. Oxygen Media Inc.*, Civil Action No. 2007-CA-003999 in the Superior Court of the District of Columbia to this Court.  The grounds for removal are as follows:

### FILING AND SERVICE OF COMPLAINT

1.    ***The Complaint.***  On June 12, 2007, Plaintiff American Youth Symphony ("AYS") filed the above-entitled action, Civil Action No. 2007-CA-003999, in the Superior Court for the District of Columbia.  Plaintiff named Oxygen Media, Inc. as the Defendant.  The Complaint alleges four counts against Defendant, including: (i) Breach of Contract/Promise; (ii) Deception and Unfair Business Practices; (iii) Negligence; and (iv) Tortious Conduct Generally arising out of a paid program AYS sought to air on Oxygen's cable television network, the Oxygen Network.

2.      ***Service on Defendant.***  On or about June 18, 2007, Plaintiff purported to serve Defendant with the Complaint and Summons issued by the Superior Court for the District of Columbia by certified or registered mail delivered to the mailroom of Oxygen's offices in New York.

3.      ***Attachment of Copies of Pleadings.***  Pursuant to 28 U.S.C. §1446(a), Defendant has attached hereto as Exhibit A copies of all process, pleadings, and orders arising from Plaintiff's Complaint and served to date on Defendant.

4.      ***Consent Motion.***  On July 9, 2007, the parties filed a Consent Motion extending the deadline by which Defendant must answer or otherwise respond to the Complaint to and including August 3, 2007.  On July 12, 2007, the Superior Court granted the Consent Motion.  A copy of the Consent Motion and Order are attached as Exhibit B.

## JURISDICTION AND VENUE

5.      ***Basis for Federal Jurisdiction.***  This Court has original jurisdiction over the above-entitled action pursuant to 28 U.S.C. §1332(a).  As set forth in detail below, Defendant is entitled to remove this action pursuant to 28 U.S.C. § 1441(a) because:  (i) this action is a civil action pending within the jurisdiction of the United States District Court for the District of Columbia; (ii) this action is between citizens of different states; and (iii) the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.      ***Venue.***  Venue lies in the United States District Court for the District of Columbia, the federal district court for the district and division embracing the place where the Superior Court of the District of Columbia suit is pending.  *See* 28 U.S.C. §§ 1391(a), 1441 (a).

## CITIZENSHIP OF PARTIES

7.      ***Plaintiff's Citizenship.***  According to the allegations in the Complaint, and on

information and belief, at the time this action was commenced and at all times through the present, Plaintiff, an alleged non-profit organization, was and remains a citizen of the District of Columbia. (Compl. ¶ 4).

8.    ***Defendant's Citizenship.***  Defendant is incorporated in the state of Delaware and has its principal place of business in New York, thus Defendant was a citizen of Delaware and New York at the time the action was commenced and has remained a citizen of Delaware and New York at all times through the present. *See* 28 U.S.C. § 1332(c)(1).

9.    ***Existence of Complete Diversity.***  For the reasons described in the preceding paragraphs, complete diversity exists between Plaintiff and Defendant. *See* 28 U.S.C. § 1332(a)(1).

## AMOUNT IN CONTROVERSY

10.    ***Plaintiff's Alleged Damages.***  The amount in controversy exceeds the sum or value of $75,000, excluding interest and costs. According to his Complaint, Plaintiff seeks "General, Punitive, Compensatory, Special and Future damages on all counts in the amount of $100 million dollars." (Compl. at 6).

## PROCEDURAL MATTERS

11.    ***Summary of Right to Removal.***  For the reasons stated above, this action may be removed to this Court by Defendant pursuant to 28 U.S.C. §§ 1332 (a) and 1441(b).

12.    ***Timeliness of Filing.***  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed with this Court within thirty days after the June 18, 2007 receipt by Defendant of the Complaint and Summons. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b) and *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999). *See also Holmes v. PHI Service Co.*, 437 F.Supp. 2d 110 (D.D.C. 2006).

3

13.     ***Notice to Lower Court.***  Defendant will file a Notice of Removal of Action to Federal Court and a copy of this Notice of Removal with the Clerk, Civil Division, Superior Court of the District of Columbia, 500 Indiana Avenue, N.W., Washington, D.C. 20001, pursuant to 28 U.S.C. §1446(d).  A copy of said notice is attached hereto as Exhibit C.

14.     ***Notice to Plaintiff.***  Defendant will serve Plaintiff, who is appearing *pro se*, with written notice of this Notice of Removal of Action and copies of this Notice of Removal of Action, pursuant to 28 U.S.C. § 1446(d).  A copy of said notice is attached hereto as Exhibit D.

15.     ***Reservation of Objections.***  By this Notice of Removal of Action, Defendant does not waive any objections it may have to service, jurisdiction, or venue, and any defenses or objections to this action.

WHEREFORE, Defendant Oxygen Media, Inc. prays that the action pending against it in the Superior Court for the District of Columbia be removed to this Court.

Dated this 18th day of July, 2007.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

Constance M. Pendleton (DC Bar No. 456919)
Lisa B. Zycherman (DC Bar No. 495277)
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC  20006-3402
Telephone:     (202) 973-4200
Facsimile:     (202) 973-4499
conniependleton@dwt.com
lisazycherman@dwt.com

*Attorneys for Defendant Oxygen Media, Inc.*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 18th day of July, 2007, a copy of the foregoing

Notice of Removal of Action was served by first-class mail, postage pre-paid, upon:

    Mr. Gregory Charles Royal
    American Youth Symphony
    262 16th Street, SE, Suite 3
    Washington, D.C.  20003

Constance M. Pendleton

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| American Youth Symphony | Oxygen Media, Inc. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF      11001<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Gregory Charles Royal (pro se)<br>262 16th Street, SE, Suite 3<br>Washington, D.C. 20003 | Constance M. Pendleton<br>Davis Wright Tremaine LLP<br>1919 Penn. Ave., NW, Suite 200<br>Washington, D.C. 20006-3402 |

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**

- ☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**○ E. General Civil (Other)      OR      ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC  7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ● **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ● 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Complaint alleges breach of contract/promise, deceptive & unfair business practices, negligence and tortious conduct generally relating to a paid program

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ 100 million   Check YES only if demanded in complaint   JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 07/18/2007   SIGNATURE OF ATTORNEY OF RECORD  *Constance M Pendell*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AMERICAN YOUTH SYMPHONY**<br>262 16th Street, SE, Suite 3<br>Washington, D.C. 20003 | ) ) ) | |
| | ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.:** _____ |
| | ) | |
| **OXYGEN MEDIA, INC.**<br>75 Ninth Avenue<br>New York, NY 10011 | ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**EXHIBITS TO
NOTICE OF REMOVAL OF ACTION**

# EXHIBIT A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

American Youth Symphony
262 16th Street SE Suite 3
Washington, DC 20003

Plaintiff,

v.

Oxygen Media Inc.
75 Ninth Avenue
New York, NY 10011

Defendant.

**FILED**
CIVIL ACTIONS BRANCH

JUN 12 2007

Superior Court
of the District of Columbia
Washington, D.C.

A01

17-0003999

                 Civil Action No. _____

## COMPLAINT

### I. INTRODUCTION

1.   This action is brought by American Youth Symphony, a
non-profit organization, against Oxygen Media Inc.

2.   This dispute arises from a demand by Oxygen Media
Inc. for American Youth Symphony, producers of a
television program known as America's Hot Musician, to
cease and desist any use of Oxygen Media Inc.'s trade
name(s) or logos in association with the America's Hot
Musician television program, website or press materials
even though the program is scheduled to air on Oxygen
Media Inc.'s national cable network, the Oxygen Network.

### II. JURISDICTION AND VENUE

3.   The subject matter and jurisdiction of this Court is
invoked pursuant to the provisions of D.C. Code


Case: 2007 CA 003999 B

Annotated, 1981 edition, *as amended*, Sec. 11-921.

### III. THE PARTIES

4.   American Youth Symphony, is a non-profit
organization whose primary purpose is to promote
instrumental music in youth culture and was established
in Washington, DC in 1982.

5.   Oxygen Media Inc. is a New York, NY corporation
which owns and operates the Oxygen Network and
www.oxygen.com , a national cable television network and
website with  about 70,000,000 subscribers and is owned
in part by television mogul Oprah Winfrey.

### IV. SUMMARY OF FACTUAL ALLEGATIONS

6.   On or about January 29, 2007 Oxygen Network
approved the America's Hot Musician program for airing
as a paid program for $6,500 per half hour instance
based upon a pilot version of the show submitted on DVD
to Keith Minarik.

7.    Contained within that pilot were commercials and
incidental music of which Oxygen expressed a concern
with regard to only the music in the show and requested
a statement be issued by American Youth Symphony that
there would be no mechanical rights issues arising from
the music used in the show. American Youth Symphony
complied.

8.   Following approval of the show and between February
1, 2007 and June 5, 2007 several communications between
American Youth Symphony and Oxygen Media Inc.'s middle to
high level employees took place by which the contents of

the America's Hot Musician website
(www.americashotmusician.org) and press releases issued by
American Youth Symphony about the program were viewed and
discussed between the parties via emails and phone
conversations.

9.  From about January 30 thru June 7, 2007, The
America's Hot Musician website and press releases all
stated that the program would be airing on the Oxygen
Network beginning July, 2007 and during this period, an
Oxygen logo was used on the website as part of the
identifier of where the show would debut and to cross
promote the network.

10.  At the time the show was booked in January and
during subsequent communications between the parties thru
June 5, 2007, is was common knowledge between the parties
that the program was a regular television program as
opposed to an infomercial and that advertisers were an
editorial and financial component of the program,
necessary for the show to air.

11.  Based upon Oxygen Media Inc.'s approval, including
but not limited to the parties' course of dealing,
American Youth Symphony solicited advertisers,
contestants and secured talent and a production company
for the program based upon the fact that the program
would air on Oxygen Network as a regular television
program, albeit a paid time slot. Additionally, several
assurances to the above stake holders and contestants
were made based upon Oxygen's approval of the show
airing and Oxygen Media Inc.'s approval of the contents
of the America's Hot Musician website.

12.   On or about May 5, 2007 the parties discussed
      possibly airing the program in a regular unpaid time
      slot and agreed to view the program following the
      taping of the first episode on May, 25,2007 whereby
      musicians from ages 16-32 came from all across the
      country to Washington, DC. To participate. The parties
      arranged for a brief meeting via phone on Thursday June
      4th and met on Friday June 5th at Oxygen's New York
      Offices. The meeting went as planned-to drop off a
      rough cut of the first episode and to briefly discuss
      the show. No issues related to a cease and desist
      demand were mentioned during that meeting.


13.   On Saturday, June 6th American Youth Symphony,
      received a Fed EX package from Oxygen Media Inc. it
      assumed to be an invoice from payment of the first July
      7th episode made back on May 30th. Upon opening the
      package, the cease and desist demand became known to
      American Youth Symphony and the letter was dated June
      1, 2007, two days following the first episode full
      payment from American Youth Symphony to Oxygen Media
      Inc.


14.   American Youth Symphony notified Oxygen Media Inc.
      of its compliance with the demand letter on Sunday,
      June 10 while stating its objections and received a
      non-conciliatory response from  Fabian Milburn Senior
      Vice President Business Operations and the originator
      of the demand letter, "Thank you for promptly complying
      with Oxygen's request" on Monday June, 11, 2007.


15.   American Youth Symphony did not defy the demand
      because of a reasonable expectation that a hostile

attitude would surround the program at the network and
that no positive outcome for the program would
reasonably result. This would include the inability to
pursue having the show air via the development
department and the possibility of the show being
canceled so close to the debut date that American Youth
Symphony would be unable to even attempt to mitigate a
an airing disaster.

16. American Youth Symphony currently cannot advertise
its program on the Oxygen Network even though Oxygen
Media Inc. has received full payment for the America's
Hot Musician debut on July 7, 2007.

17. American Youth Symphony cannot reasonably raise
revenue from advertising because it cannot be
reasonably disclosed in press materials where the
program is airing.

18. American Youth Symphony is subject to the return of
current revenues collected and/or expected from
advertisers, withdrawal from the competition from
competitors, talent and production company.

19. American Youth Symphony can reasonably expect to
lose its standing in the community and the integrity of
its program can reasonably be expected to suffer in the
public's and business community's perception.

20. American Youth Symphony does not currently have an
alternate venue to air the program nor a venue prepared
to air the debut of America's Hot Musician with the

same audience to price ratio,70 million subscribers for
$6,500 per half hour.

21.  Oxygen's Media Inc.'s actions will cause irreparable
harm to American Youth Symphony and its program
America's Hot Musician.

22.  Oxygen Media Inc. is unjustly in possession of funds
in the amount of $6,500 paid by American Youth Symphony
on May 30, 2007 for the airing of the debut program on
July 7, 2007.

<u>**CLAIMS**</u>

**COUNT ONE**- Breach of Contract/Promise

**COUNT TWO**- Deceptive and Unfair Business Practices

**COUNT THREE**- Negligence

**COUNT FOUR**- Tortuous Conduct Generally

Plaintiff incorporates by reference paragraphs 1 through
22.

<u>**DAMAGES**</u>

General, Punitive, Compensatory, Special and Future
damages on all counts in the amount of $100 million
dollars.

**WHEREFORE**, Plaintiff requests the following relief:

1. For damages in the sum of $100 million or such greater sum as shall be found to have been caused by Defendant Oxygen Media Inc.

2. For costs of suit and such other relief as the court shall deem proper.

### JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on each of the counts.

Respectfully Submitted,


American Youth Symphony, Plaintiff, pro se
Gregory Charles Royal Director for
262 16th Street SE Suite 3
Washington, DC 20003
(202) 302-6703


DISTRICT OF COLUMBIA,SS

Being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.


Subscribed and sworn to before me this_____day of_____, 2007.


_____
Notary Public/Deputy Clerk

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W.,  Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Gregory Charles Royal
DBA
American Youth Symphony

*Plaintiff*

vs.

Civil Action No. _____

Oxygen Media Inc     *Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Name of Plaintiff's Attorney

262 16th ST SE #3

By _____

Address  WASH, D C  20003

Deputy Clerk

202  302  6703

Date  6/18/07

Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

# Superior Court of the District of Columbia
## CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

American Youth Symphony

*vs.*

Oxygen Media INC

Case Number: _____

Date: _____

| | |
|---|---|
| Name: (please print) Gregory ROYAL | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☒ Self (Pro Se) |
| Telephone No.:        Unified Bar No.: 202 302 0703 | Other: Director |

TYPE OF CASE: ☒ Non-Jury        ☒ 6 Person Jury        ☐ 12 Person Jury

Demand: $ 100,000,000        Other: _____

## PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. _____ Judge _____ Calendar # _____

Case No. _____ Judge _____ Calendar # _____

---

### NATURE OF SUIT:  (Check One Box Only)

**A. CONTRACTS**
- ☒ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other: _____

- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**COLLECTION CASES**
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3-441

- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage

- ☐ 05 Trespass
- ☐ 06 Other: _____

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud

- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical
- ☐ 16 Negligence

- ☐ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☐ 19 Wrongful Eviction
- ☐ 20 Other: _____
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

---

**SEE REVERSE SIDE AND CHECK HERE ☐ IF USED**

Form CV(6)-496/Feb. 95

S-0993-1 wd-354

## Superior Court of the District of Columbia

CIVIL DIVISION
CIVIL ACTIONS BRANCH

**FILED**
JUN 12 2007
Superior Court
of the District of Columbia
Washington, D.C.

Gregory Charles Roya DBA
American Youth Symphony

*Plaintiff(s)*

vs.                                              Case No.

Oxygen Media Inc

*Defendant(s)*

### MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the **Plaintiff American Youth Symphony** and respectfully request this
honorable court to allow them to proceed without prepayment of costs for the following reason(s):

Defendant is in possession of most of
Plaintiff's assets

Printed name: _____          Signature: _____

Address:                                        Home phone no. 202 302 6703
262 16th St SE #3                               Business phone no. 202 302 6703
WASH., DC 20003

### CERTIFICATE OF SERVICE

I certify that a copy of the above was mailed, postage prepaid, on    JUNE 12, 2007

To:

Name: Oxygen Media Inc              Name:

Address: 75 Ninth Ave               Address:
New York, NY 10011

Signature

### POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support
your reasons.)

inherant power of the court

Signatur 

## Superior Court of the District of Columbia

CIVIL DIVISION

DBA Gregory Charles Royal
American Youth Symphony

*Plaintiff*

vs.                                    Civil Action No. _____

Oxygen Media Inc.

*Defendant*


## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I further swear that the responses which I have made to questions and instructions below relating to my ability to pay the cost of proceeding in this action are true.

1. Are you presently employed?   Yes_____ No ✗
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received

   _____ non profit   This incident just occurred
   over the past 3 days we receive private funding

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes_____ No_____
   b. Rent payments, interest or dividends?   Yes_____ No_____
   c. Pensions, annuities or life insurance payments?   Yes_____ No_____
   d. Gifts or inheritance?   Yes_____ No_____
   e. Any other sources?   Yes ✗ No_____

   If the answer to any of the above is yes, describe each source of money and state the amount received form each during the past twelve months.

   approx 20K from business Defendant
   is in possession of most remaining assets

   _____

   _____

# Superior Court of the District of Columbia
## CIVIL DIVISION

Gregory Charles Royal PBA
American Youth Symphony

_____
Plaintiff(s)

vs.

Oxygen Media Inc.

_____
Defendant(s)

FILED
CIVIL ACTIONS BRANCH
JUN 12 2007
Superior Court
of the District of Columbia
Washington D.C.

Civil Action No. _____

## ORDER

Upon consideration of American Youth motion to proceed *in forma pauperis*, it is this 12th

day of _____ June _____, 20 0 7

ORDERED that said motion is

☑ Granted, and the prepayment of court costs is hereby waived.

☐ Denied without prejudice, on the grounds that

It is further ORDERED that

Copies to:



JUDGE

CV-626/Nov. 02

Case: 2007 CA 003999 B
DKt: CIVOGMIFP



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

GREGORY CHARLES ROYAL
    Vs.                               C.A. No.     2007 CA 003999 B
OXYGEN MEDIA, INC.

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge ROBERT E MORIN
Date:  June 12, 2007
Initial Conference: 9:30 am, Friday, September 21, 2007
Location:  Courtroom 517
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

Caio.doc

## ADDE JUM TO INITIAL ORDER AFFEC...NG
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W.,  Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

*Gregory Charles Royal*
*DBA*
*American Youth Symphony*

*Plaintiff*

vs.

Civil Action No. _____

*Oxygen Media Inc*  Defendant .

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Name of Plaintiff's Attorney

*262 16th st SE #3*
Address *WASH. DC 20003*

*202 302 6703*
Telephone

By _____
Deputy Clerk

Date *6/18/07*

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Gregory Charles Royal DBA
American Youth Symphony
262 16th Street SE Suite 3
Washington, DC 20003

Plaintiff,

v.

Oxygen Media Inc.
75 Ninth Avenue
New York, NY 10011

Defendant.

Civil Action No. 07-0003999

## MOTION FOR PRELIMINARY INJUNCTION

Comes now Plaintiff American Youth Symphony in its Motion for Preliminary Injunction and states as follows:

1) Defendant has willfully frustrated Plaintiff's ability to air its program America's Hot Musician by demanding that Defendant's trade name not be used in association with the program. [EXHIBIT A] Such action prohibits plaintiff from any reasonable dealings including but not limited to, promotion of the program in the public and soliciting advertising revenue, essentially defeating any reasonable purpose or scheme by which Plaintiff's program could air on a commercial television network.

Notwithstanding the merits of Plaintiff's claims, Defendant makes available for download from its own advertising sales kit, logos for use by vendors such as Plaintiff, who purchase time on the network. [Exhibit B]

1



Coupled with the substantial communication between the
parties over the past 5 months, as evidence will show,
and the nonsensical and unconscionable position of
Defendant that it will accept payment for airtime without
allowing the inherent need to allow reasonable
advertisement, demonstrates a likelihood that Plaintiff
will prevail in this matter.

Plaintiff, in making a reasonable effort to mitigate
damages by airing the show through another venue, seeks a
refund of payments totaling six thousand five hundred
$6,500 paid to Defendant on May 30,2007 via Plaintiff's
media agency Backchannelmedia for a July 7,2007 airing.
[Exhibit C]  These funds are absolutely necessary for
Plaintiff to attempt to secure airtime on another
television outlet(s).

The payment of these funds and any dispute regarding
these funds is not at issue in this case, to the extent
that Defendant's alleged actions giving rise to this
claim are due to alleged trademark and trade name
infringement.

Plaintiff has contacted Defendant regarding the return of
these funds and has received no reply.

Defendant, a multi-million dollar corporation part owned
by media mogul Oprah Winfrey, would not suffer
unreasonable harm in return of these funds.

Defendant has no policy that would prohibit the
cancellation of the television program by Plaintiff and
the return of these funds 3 weeks prior to the scheduled
air date of July 7, 2007.

2

Plaintiff's program America's Hot Musician contains no
mentions of Defendant's trademarks or trade name.

Plaintiff, would suffer irreparable harm if these funds
cannot be retrieved because:

1) These funds, which represent most of the Plaintiff's
assets, are immediately necessary in order to timely
secure a national airing of the program currently
advertised as beginning on July 7, 2007.

2) A national airing of the program is necessary to
collect pending advertisement revenues and to potentially
avoid refunds of revenues already collected from
advertisers based upon an Oxygen Network airing and to
attempt to mitigate damage to American Ycuth Symphony's
standing in the community.

3) Failure by American Youth Symphony to execute its
business plan to continually sell advertisement to air
the program could result in additional liability for
American Youth Symphony with contracted parties and
contestants who have  all spent out of pocket money to be
a part of this nationally televised program.

### Conclusion

Plaintiff prays that injunctive relief will be granted
prohibiting Defendant from proceeding with the current
paid time slot for July 7, 2007 thus charging Plaintiff
the associated payment of $6,500.00. And that payment for
said time slot be returned to Plaintiff immediately.

3

Respectfully Submitted,

American Youth Symphony, Plaintiff, pro se

Gregory Charles Royal Artistic Director for
262 16th Street SE Suite 3
Washington, DC 20003
(202) 302-6703

Copy mailed to:
Oxygen Media Inc.
75 Ninth Avenue
New York, NY 10011

**EXHIBITS:**

EXHIBIT A Cease and Desist Letter June 1, 2007
Exhibit B- Oxygen Media Inc. Ad Sales Kit
http://www.oxygen.com/adsales/logo/
Exhibit C- Backchannelmedia Advertiser Sales Order
Confirmation June 15, 2007

4



A

<u>Via Federal Express</u>

June 1, 2007

America's Hot Musician
c/o American Youth Symphony
262 16th Street SE, Suite 3
Washington, DC 20003
Attention : Legal Department

America's Hot Musician
c/o American Youth Symphony
507 Roosevelt Boulevard, Suite C220
Falls Church, VA 22044

75 Ninth Avenue
New York, New York 10011
212 651 2000 telephone
212 651 2099 facsimile
www.oxygen.com

Re:    America's Hot Musician Advertisement

Dear Sir/Madam:

As you know, Oxygen Media, LLC ("Oxygen") owns and operates a 24-hour
cable television network which is now available in more than 70 million
households throughout the United States and the Caribbean. Oxygen also
owns and operates www.oxygen.com

We recently learned that American Youth Symphony began advertising that
the AMERICA'S HOT MUSICAN program is coming to THE OXYGEN
NETWORK on July 7, 2007. In addition, you have incorporated OH!
OXYGEN in that advertisement as well as on the home page and other
portions of your website, www.americashotmusician.org. You must have
prior written permission to use any of Oxygen's marks, which was never
obtained.

Therefore we ask that AMERICAN YOUTH SYMPHONY immediately
cease and desist in its use of THE OXYGEN NETWORK, OXYGEN, OH!
and OH! OXYGEN including, but not limited to use on press materials, signs,
brochures, flyers, catalogs, magazines and on-line advertisements.

Please send to Oxygen Media, within ten business days AMERICAN
SYMPHONY'S written assurance that it will comply with our demands.

A



America's Hot Musician
c/o American Youth Symphony
June 1, 2007
Page 2

Please note that Oxygen Media does not waive and hereby reserves any and
all rights and remedies in regard to this matter. Your cooperation in amicably
resolving this matter will be greatly appreciated.

Sincerely,

Fabian F. Milburn
Senior Vice President
Business Operations

2613184 VANCES 06/20/2007 11:28:05 AM

**Ad Sales Media Kit**



Programming | Sponsorships & Promotions | Research | Traffic Instructions | Logos | Contact

## Download Oxygen Logos



### Download Instructions
**Windows:** Right-click a link below and choose "Save Target As..."
**Mac:** Control-click a link below and choose "Download Link To Disk"

B

   blue.eps
blue.jpg

   orange.eps
orange.jpg



   purple.eps
purple.jpg

   pink.eps
pink.jpg

2613184 VANCES 06/20/2007 11:28:05 AM

Backchannelmedia - Media Manager

Page 1 of 1

Logged in successfully



# Advertiser Sales Order Confirmation
## BCM Agreement; 1284-070707; American Youth Symphony

## Basic
Sales Person: Hunt, Damon
Advertiser: American Youth Symphony
Campaign Name: America's Top Musician
Avail Type: long

## Avails

| Media Outlet | From | To | Duration | Weekdays | Time | Avails | Advertiser |
|---|---|---|---|---|---|---|---|
| Oxygen Network | 07/07/07 | 07/07/07 | 30 min | S | 07:30 AM - 08:00 AM | 1 | $6,500.00 |
| Total: | | | | | | 1 | $6,500.00 |

## Payment Terms

| Flight Date | Cancel Date | Advertiser Pay Date | Invoice Date | Payment Period | Memo |
|---|---|---|---|---|---|
| 07/07/2007 | 06/04/2007 | 05/31/2007 | 05/21/2007 | One Time Payment | |

**Please click the 'Accept Agreement' button or print, sign, and fax the agreement to (617) 517-7777 within 2 business days.** An immediate response is necessary for media time airing less than one month from the date of this Sales Order. Failure to respond to this Sales Order within 2 business days results in the cancellation of the purchase. Your acceptance of this Sales Order will signify a binding contract. You agree to adhere to the media outlet's tape traffic and/or satellite delivery practices. Proof of Performance shall be provided by the station to you through Backchannelmedia, Inc. upon completion of this contract.

Any questions or comments concerning this contract can be directed to **Alex Johnson** at **617-728-3626 ext.104**, or email ajohnson@backchannelmedia.com or to your sales representative, **Damon Hunt** at dhunt@backchannelmedia.com .

This agreement has already been **accepted** by info@americanyouthsymphony.org.

© 2007 Backchannelmedia

6/15/2007
2613184 VANCES 06/20/2007 11:28:05 AM

## Certificate of Mailing

I certify that the above Motion for Preliminary
Injunction was mailed by first class US mail on
June 15, 2007 to:

Oxygen Media Inc.
75 Ninth Ave.
New York, NY 10011


Gregory Charles Royal
American Youth Symphony

5

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

American Youth Symphony
262 16th Street SE Suite 3
Washington, DC 20003

Plaintiff,

v.                                                    **EX PARTE ORDER**

Oxygen Media Inc.
75 Ninth Avenue
New York, NY 10011

Defendant.

Civil Action No. 07-0003999

That based upon the attached Motion for Preliminary
Injunction and exhibits and pending further proceedings
before the DC Superior Court:

**IT IS ORDERED** that the Defendant shall immediately cancel
the July 7, 2007 airing of America's Hot Musician and
return all funds paid by Plaintiff or its agent in
connection with the above paid program, to Plaintiff.

Dated at Washington, DC this ___day of June 2007.

BY THE COURT:

_____

DC Superior Court Judge

1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Gregory Charles Royal
American Youth Symphony

Plaintiff(s)    Civil Action No. 07-00 03999

FILED
CIVIL ACTIONS BRANCH
JUN 20 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

vs.

Defendant(s)

Oxygen Media INC

AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

    I, ___Gregory C. Royal___, under oath do
hereby state the following:
        That my age and birth date are as follows: 45 10/10/61

___That my residential or business address is:___
262 16th St SE #3 WASH, DC 20003
        That a copy of the Initial Order, Complaint and Summons
was mailed by the affiant to the above named defendant _____
Oxygen Media INC by registered/certified mail.
        That the return receipt attached hereto was signed by
Oxygen Media at 10:30am 6/18/07 the Defendant herein or
MANN GOMEZ, a person of suitable age
and discretion residing therein at the Defendant's usual place of
abode, and the said receipt show the date of delivery as June 18, 2007
at 10:30 am return phone call from Defendant from
212 651 2000 at 11:00am on June 18, 2007
If return receipt does not purport to be signed by the party named
in the Summons, then state specific facts from which the Court can
determine that the person who signed the receipt meets the
appropriate qualifications for receipt of process as required by
SCR (Civil) 4(e)(2) and 4(c)(3).

SPECIFIC FACTS

_____
Signature

Subscribed and sworn to before me this 20th day of June ~~Ja~~ 2007

_____
Deputy Clerk/Notary Public

My Comm. Exps. 11/30/2008        Fairfax

City/County of
Commonwealth of Virginia
Sworn to and subscribed before me this 20th
day of June 20 ___
Witness my hand and official seal
Notary Public

Case: 2007 CA 003999 B
Dkt: CIVASSC

Direct Query - Intranet - "Quick" Search                                    Page 1 of 1



**Track/Confirm - Intranet Item Inquiry - Domestic**

| | |
|---|---|
| **Item: 0306 0320 0004 0793 1299** | **Service Calculation Acceptance Date/Time: 06/15/2007 16:54** |

| **Destination** | **ZIP Code:** 10011 | **City:** NEW YORK | **State:** NY |
|---|---|---|---|
| **Origin** | **ZIP Code:** 22044-9998 | **City:** FALLS CHURCH | **State:** VA |

**Class:** Priority Mail

**Anticipated Delivery Date:** 06/18/2007

**Weight:** 0 lb(s) 6 oz(s)                     **Postage:** $4.60

**Delv Rqmt:** Normal                          **PO Box?:** N

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| DELIVERY CONFIRMATION (Retail) | 0306 0320 0004 0793 1299 | $0.65 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 06/18/2007 10:32 | NEW YORK, NY 10011 | J890941 |
| ACCEPT OR PICKUP | 06/15/2007 16:54 | FALLS CHURCH, VA 22044 | |

**Enter Request Type and Item Number:**

**Quick Search** ⦿          **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do                          6/20/2007

## U.S. Postal Service Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Oxygen Complaint
+ Invitation
NYC  JAN 2001
51 Ninth Ave Motion
10011
Falls Virginia

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail® Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

DELIVERY CONFIRMATION NUMBER:
0306 0520 0000 0793 4299

---

```
              SEVEN CORNERS BRANCH
              FALLS CHURCH, Virginia
                     220449998
              5165430174 -0098
              (703)536-4782

06/15/2007                          04:55:23 PM

                    Sales Receipt
Product            Sale    Unit    Final
Description         Qty    Price   Price
NEW YORK NY 10011
Zone-3 Priority Mail
5.30 oz.                            $4.60
Delivery Confirmation              $0.65
  Label #:
  0306052000004079312999
Issue PVI:                         $5.25
                                =========
Total:                             $5.25

Paid by:
MasterCard                         $5.25
  Account #:     XXXXXXXXXXXX4795
  Approval #:    052683
  Transaction #: 509
    23 903320455

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000200009022
Clerk: 01

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
*****************************************
*****************************************
         HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

          YOUR OPINION COUNTS
*****************************************
*****************************************

              Customer Copy
```

2627676 VANCES 06/26/2007 10:18:24 AM

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| GREGORY ROYAL, | ) |
| Plaintiff, | ) Civil Case No. 2007 CA 003999 B |
| | ) Calendar 12 |
| v. | ) Judge Robert E. Morin |
| | ) |
| OXYGEN MEDIA, INC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Preliminary Injunction.

Based on the Court's understanding that Defendant is not planning to air the television program at

issue and is attempting to return Plaintiff's funds, the Court finds that Motion should be held in

abeyance until the Initial Scheduling Conference, set for September 21, 2007.

Wherefore, for the reasons stated, it is this **21st day of June 2007**, hereby

**ORDERED**, that Plaintiff's Motion for Preliminary Injunction is **HELD IN**

**ABEYANCE** until the Initial Scheduling Conference, which is currently scheduled for

September 21, 2007.

_____
**Judge Robert E. Morin**
(Signed in Chambers)

Copies to:

Gregory C. Royal
American Youth Symphony
262 16th Street, SE, Suite 3
Washington, DC 20003

Fabian Milburn
Oxygen Media, Inc.
75 Ninth Avenue
New York, NY 10011

DOCKETED In Chambers    JUN 2 1 2007
MAILED From Chambers    JUN 2 2 2007

# EXHIBIT B

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

AMERICAN YOUTH SYMPHONY          )
262 16th Street, SE Suite 3          )
Washington, D.C. 20003          )
                                     )
               Plaintiff,          )     Civil Action No. 07-003999 B
                                       )
v.          )     Next Event: Initial Conference
                                     )     September 21, 2007 at 9:30 a.m.
                                       )
OXYGEN MEDIA, INC.          )     Judge:  Hon. Robert E. Morin
75 Ninth Avenue          )
New York, New York 10011          )
                                       )
              Defendant.          )

## CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND
## AND POINTS AND AUTHORITIES IN SUPPORT

       Defendant Oxygen Media, Inc. ("Oxygen"), with the consent of plaintiff American Youth

Symphony ("AYS"), moves this Court for an order extending the time by which Oxygen must

answer or otherwise respond to the Complaint in the above-captioned action in addition to the

time prescribed by the D.C. Superior Court Rules of Civil Procedure to and including August 3,

2007.

       Undersigned counsel was just retained to defend Oxygen in this matter and requests the

additional time so that counsel may familiarize herself with the case and prepare an adequate

defense.

       Pursuant to D.C. R. Civ. P. 12-I(a), counsel for Oxygen certifies that she has conferred

with Gregory Royal on behalf of AYS and has obtained AYS' consent to the filing of the instant

motion.

1

In making this motion, Oxygen does not waive, and instead preserves, any and all defenses which it may later raise, including, but not limited to, whether personal jurisdiction is lacking over Oxygen.

WHEREFORE, Oxygen respectfully requests the entry of an order extending the time by which Oxygen must answer or otherwise respond to the Complaint.

Dated:  July 9, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

    Constance M. Pendleton  /s/
Constance M. Pendleton (D.C. Bar No. 456919)
conniependleton@dwt.com
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006-3402
(202) 973-4200
(202) 973-4499 (fax)

Attorneys for Defendant Oxygen Media, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July 2007, I directed that true and correct copies of the foregoing Consent Motion to Extend Time to Answer or Respond and Points and Authorities in Support and Proposed Order be served electronically and by first class-mail, postage pre-paid, upon the following:

> American Youth Symphony
> 262 16th Street, SE
> Suite 3
> Washington, D.C. 20003

> Constance M. Pendleton  /s/
> Constance M. Pendleton

3

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| AMERICAN YOUTH SYMPHONY<br>262 16th Street, SE Suite 3<br>Washington, D.C. 20003<br><br>         Plaintiff,<br><br>v.<br><br>OXYGEN MEDIA, INC.<br>75 Ninth Avenue<br>New York, New York 10011<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-003999 B<br><br>Next Event: Initial Conference<br>September 21, 2007 at 9:30 a.m.<br><br>Judge:  Hon. Robert E. Morin |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend Time to Answer or Respond to the Complaint in the above-captioned action, and Points and Authorities in Support, it is hereby

ORDERED that the Consent Motion is hereby GRANTED; it is

FURTHER ORDERED that defendant Oxygen Media, Inc. ("Oxygen") shall answer or otherwise respond to the Complaint on or before August 3, 2007.

**SO ORDERED.**

Dated this ___ day of _____, 2007

_____
Hon. Robert E. Morin
District of Columbia Superior Court Judge

Copies to:

Constance M. Pendleton
Davis Wright Tremaine LLP

1

1919 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006-3402

*Counsel for Defendant Oxygen Media, Inc.*

Gregory Charles Royal DBA
American Youth Symphony
262 16th Street, SE
Suite 3
Washington, D.C. 20003

*Pro Se for Plaintiff American Youth Symphony*

2

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **GREGORY C. ROYAL, *et al.*,** ) | |
| ) | |
| **Plaintiffs,** ) | **Civil Case No.  2007 CA 003999 B** |
| ) | **Calendar 12** |
| **v.** ) | **Judge Robert E. Morin** |
| ) | |
| **OXYGEN MEDIA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Consent Motion to Extend Time to Answer or Respond to the Complaint in the above-captioned action, and Points and Authorities in Support, it is this **12**[th] **day of July 2007,** hereby

**ORDERED** that the Consent Motion is **GRANTED**; it is

**FURTHER ORDERED** that defendant Oxygen Media, Inc. ("Oxygen") shall answer or otherwise respond to the Complaint on or before August 3, 2007.

**SO ORDERED**.

_____

Hon. Robert E. Morin
District of Columbia Superior Court Judge

Copies to:

| Constance M. Pendleton | Gregory Charles Royal DBA |
|---|---|
| Davis Wright Tremaine LLP | American Youth Symphony |
| 1919 Pennsylvania Ave., N.W. | 262 16th Street, SE, |
| Suite 200 | Suite 3 |
| Washington, D.C. 20006-3402 | Washington, D.C. 20003 |
| *Counsel for Defendant Oxygen Media, Inc.* | *Pro Se for Plaintiff American Youth Symphony* |

# EXHIBIT C

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **AMERICAN YOUTH SYMPHONY**<br>262 16th Street, SE, Suite 3<br>Washington, D.C. 20003 | ) ) ) ) | |
| Plaintiff, | ) ) | **Case No. 07-0003999** |
| v. | ) ) ) | **Next Event: Initial Conference**<br>**September 21, 2007 at 9:30 a.m.** |
| **OXYGEN MEDIA, INC.**<br>75 Ninth Avenue<br>New York, NY 10011 | ) ) ) ) | **Hon. Robert E. Morin** |
| Defendant. | ) ) ) | |

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

**TO:   Gregory Charles Royal**
**American Youth Symphony**
**262 16th Street, SE, Suite 3**
**Washington, D.C. 20003**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441, 1446, and 1332, a Notice

of Removal of Action and a Notice to Opposing Party/*Pro Se* Plaintiff of Removal of Action to

Federal Court are being filed this day with the Clerk of the United States District Court for the

District of Columbia. Copies of said notices are attached hereto. *See* Attachments 1-2.

Dated this 18th day of July, 2007.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

 Constance M. Pendleton  /s/
Constance M. Pendleton (D.C. Bar No. 456919)
Lisa B. Zycherman (D.C. Bar No. 495277)
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-3402
Telephone:    (202) 973-4200
Facsimile:    (202) 973-4499
conniependleton@dwt.com
lisazycherman@dwt.com

*Attorneys for Defendant Oxygen Media, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 18th day of July, 2007, a copy of the foregoing

Notice of Removal of Action to Federal Court was served electronically and by first class mail,

postage pre-paid, upon:

> Mr. Gergory Charles Royal
> American Youth Symphony
> 262 16th Street, SE, Suite 3
> Washington, D.C.  20003

Constance M. Pendleton /s/
Constance M. Pendleton

# EXHIBIT D

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **AMERICAN YOUTH SYMPHONY** ) | |
| 262 16th Street, SE, Suite 3 ) | |
| Washington, D.C.  20003 ) | **Case No.  07-0003999** |
| ) | |
| Plaintiff, ) | **Next Event:  Initial Conference** |
| ) | **September 21, 2007 at 9:30 a.m.** |
| v. ) | |
| ) | **Hon. Robert E. Morin** |
| **OXYGEN MEDIA, INC.** ) | |
| 75 Ninth Avenue ) | |
| New York, NY  10011 ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE TO OPPOSING PARTY/*PRO SE* PLAINTIFF OF REMOVAL**
**OF ACTION TO FEDERAL COURT**

**TO:**   **Gregory Charles Royal**
**American Youth Symphony**
**262 16th Street, SE, Suite 3**
**Washington, D.C.  20003**

PLEASE TAKE NOTICE that Oxygen Media Inc. ("Oxygen"), defendant in the above-

captioned matter, has on this 18th day of July, 2007 filed in the United States District Court for

the District of Columbia, a Notice of Removal of the above-styled action from the Superior

Court of the District of Columbia to the United States District Court for the District of Columbia

(a copy of the Notice is attached hereto), together with copies of all process, pleadings, and

orders filed by plaintiff American Youth Symphony ("AYS"), appearing *pro se* in the Superior

Court of the District of Columbia, as required by 28 U.S.C. § 1446.

You are advised that Oxygen, upon filing said Notice also filed a Notice of Removal of

Action to Federal Court with the Clerk, Civil Division, Superior Court of the District of

Columbia, and attached thereto copies of the following: (1) Notice of Removal of Action; and (2)

this Notice to Opposing Party/*Pro Se* Plaintiff of Removal of Action to Federal Court.

1

Such action has effected the removal of this action to the United States District Court for the District of Columbia, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446, and no further proceedings may be had in this action in the Superior Court of the District of Columbia.

Dated this 18th day of July, 2007.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

    Constance M. Pendleton /s/
Constance M. Pendleton (D.C. Bar No. 456919)
Lisa B. Zycherman (D.C. Bar No. 495277)
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-3402
Telephone:    (202) 973-4200
Facsimile:    (202) 973-4499
conniependleton@dwt.com
lisazycherman@dwt.com

*Attorneys for Defendant Oxygen Media, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 18th day of July, 2007, a copy of the foregoing

Notice to Opposing Party/*Pro Se* Plaintiff of Removal of Action to Federal Court was served

electronically and by first-class mail, postage pre-paid, upon:


Mr. Gregory Charles Royal
American Youth Symphony
262 16th Street, SE, Suite 3
Washington, D.C.  20003


Constance M. Pendleton /s/
Constance M. Pendleton

3