IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| AMERICAN YOUTH SYMPHONY<br>262 16th Street, SE, Suite 3<br>Washington, D.C. 20003<br><br>    Plaintiff,<br><br>v.<br><br>OXYGEN MEDIA, INC.<br>75 Ninth Avenue<br>New York, NY 10011<br><br>    Defendant. | Civil Action No.: _____ |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel for record for Oxygen Media, Inc. ("Oxygen"), certify that, to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Oxygen that have outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated this 18th day of July, 2007

                                              DAVIS WRIGHT TREMAINE LLP

                                              */s/ Constance M. Pendleton*
                                              Constance M. Pendleton (D.C. Bar No. 456919)
                                              Lisa B. Zycherman (D.C. Bar No. 495277)
                                              1919 Pennsylvania Avenue, N.W., Suite 200
                                              Washington, DC 20006-3402
                                              (202) 973-4200
                                              (202) 973-4499 facsimile
                                              conniependleton@dwt.com
                                              lisazycherman@dwt.com

                                              *Attorneys for Defendant Oxygen Media, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 18th day of July, 2007, a copy of the foregoing Certificate Under LCvR 7.1 was served by first-class mail, postage pre-paid, upon:

Mr. Gregory Charles Royal
American Youth Symphony
262 16th Street, SE, Suite 3
Washington, D.C. 20003

_____
Constance M. Pendleton