IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN YOUTH SYMPHONY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**OXYGEN MEDIA, INC.,** )<br>)<br>Defendant. )<br>_____ ) | Case: 1:07-cv-01280 (JDB) |

## CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND
## AND POINTS AND AUTHORITIES IN SUPPORT

Defendant Oxygen Media, Inc. ("Oxygen"), with the consent of plaintiff American Youth Symphony ("AYS"), moves this Court for an order extending the time by which Oxygen must answer or otherwise respond to the Complaint in the above-captioned action, in addition to the time prescribed by the Federal and Local Rules, to and including August 3, 2007.

AYS filed its Complaint with the D.C. Superior Court on June 12, 2007. On or about June 18, 2007, AYS purported to serve Oxygen by mailing the Summons and Complaint by registered or certified mail to Oxygen's offices in New York. On July 9, 2007, with the consent of plaintiff, Oxygen filed with the D.C. Superior Court a consent motion extending the time by which Oxygen must answer or respond to the Complaint, to and including August 3, 2007, so that Oxygen's recently retained counsel could familiarize themselves with the case. A copy of the consent motion filed in Superior Court is affixed hereto as Attachment 1. On July 12, 2007, the D.C. Superior Court granted the motion. A copy of the Superior Court's Order is attached hereto as Attachment 2. On July 18, 2007, Oxygen removed this action to this Court pursuant to 28 U.S.C. §§ 1441, 1446 and 1332.

Pursuant to Local Rule 7(m), counsel for Oxygen certifies that she has conferred with plaintiff and has obtained plaintiff's consent to the filing of the instant motion.

In making this motion, Oxygen does not waive, and instead preserves, any and all defenses which it may later raise, including, but not limited to, whether personal jurisdiction is lacking over Oxygen.

WHEREFORE, Oxygen respectfully requests the entry of an order extending the time by which Oxygen must answer or otherwise respond to the Complaint to and including August 3, 2007.

Dated: July 24, 2007

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                __Constance M. Pendleton /s/_____
                Constance M. Pendleton (D.C. Bar No. 456919)
                conniependleton@dwt.com
                Lisa B. Zycherman (D.C. Bar No. 495277)
                lisazycherman@dwt.com
                1919 Pennsylvania Ave., N.W., Suite 200
                Washington, D.C. 20006-3402
                (202) 973-4200
                (202) 973-4499 (fax)

                Attorneys for Defendant Oxygen Media, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July 2007, I directed that true and correct copies of the foregoing Consent Motion to Extend Time to Answer or Respond and Points and Authorities in Support and Proposed Order be served electronically and by first class-mail, postage pre-paid, upon the following:

>Gregory Charles Royal
>American Youth Symphony
>262 16th Street, SE
>Suite 3
>Washington, D.C. 20003

>__Constance M. Pendleton  /s/_____
>Constance M. Pendleton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN YOUTH SYMPHONY, | ) |
| Plaintiff, | ) |
| v. | ) Case: 1:07-cv-01280 (JDB) |
| OXYGEN MEDIA, INC., | ) |
| Defendant. | ) |

CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND
AND POINTS AND AUTHORITIES IN SUPPORT

# ATTACHMENT 1

Filed
D.C. Superior Court
07 Jul 09 P07:23
Clerk of Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| AMERICAN YOUTH SYMPHONY ) <br> 262 16th Street, SE Suite 3 ) <br> Washington, D.C. 20003 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> OXYGEN MEDIA, INC. ) <br> 75 Ninth Avenue ) <br> New York, New York 10011 ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-003999 B <br><br> Next Event: Initial Conference <br> September 21, 2007 at 9:30 a.m. <br><br> Judge: Hon. Robert E. Morin |

**CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND
AND POINTS AND AUTHORITIES IN SUPPORT**

Defendant Oxygen Media, Inc. ("Oxygen"), with the consent of plaintiff American Youth Symphony ("AYS"), moves this Court for an order extending the time by which Oxygen must answer or otherwise respond to the Complaint in the above-captioned action in addition to the time prescribed by the D.C. Superior Court Rules of Civil Procedure to and including August 3, 2007.

Undersigned counsel was just retained to defend Oxygen in this matter and requests the additional time so that counsel may familiarize herself with the case and prepare an adequate defense.

Pursuant to D.C. R. Civ. P. 12-I(a), counsel for Oxygen certifies that she has conferred with Gregory Royal on behalf of AYS and has obtained AYS' consent to the filing of the instant motion.

1

In making this motion, Oxygen does not waive, and instead preserves, any and all defenses which it may later raise, including, but not limited to, whether personal jurisdiction is lacking over Oxygen.

WHEREFORE, Oxygen respectfully requests the entry of an order extending the time by which Oxygen must answer or otherwise respond to the Complaint.

Dated: July 9, 2007

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                __Constance M. Pendleton  /s/_____
                Constance M. Pendleton (D.C. Bar No. 456919)
                conniependleton@dwt.com
                1919 Pennsylvania Ave., N.W., Suite 200
                Washington, D.C. 20006-3402
                (202) 973-4200
                (202) 973-4499 (fax)

                Attorneys for Defendant Oxygen Media, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2007, I directed that true and correct copies of the foregoing Consent Motion to Extend Time to Answer or Respond and Points and Authorities in Support and Proposed Order be served electronically and by first class-mail, postage pre-paid, upon the following:

> American Youth Symphony
> 262 16th Street, SE
> Suite 3
> Washington, D.C. 20003

__Constance M. Pendleton /s/__
Constance M. Pendleton

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| AMERICAN YOUTH SYMPHONY<br>262 16th Street, SE Suite 3<br>Washington, D.C. 20003<br><br>Plaintiff,<br><br>v.<br><br>OXYGEN MEDIA, INC.<br>75 Ninth Avenue<br>New York, New York 10011<br><br>Defendant. | Civil Action No. 07-003999 B<br><br>Next Event: Initial Conference<br>September 21, 2007 at 9:30 a.m.<br><br>Judge: Hon. Robert E. Morin |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend Time to Answer or Respond to the Complaint in the above-captioned action, and Points and Authorities in Support, it is hereby

ORDERED that the Consent Motion is hereby GRANTED; it is

FURTHER ORDERED that defendant Oxygen Media, Inc. ("Oxygen") shall answer or otherwise respond to the Complaint on or before August 3, 2007.

**SO ORDERED.**

Dated this ___ day of _____, 2007

_____
Hon. Robert E. Morin
District of Columbia Superior Court Judge

Copies to:

Constance M. Pendleton
Davis Wright Tremaine LLP

1

1919 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006-3402

*Counsel for Defendant Oxygen Media, Inc.*

Gregory Charles Royal DBA
American Youth Symphony
262 16th Street, SE
Suite 3
Washington, D.C. 20003

*Pro Se for Plaintiff American Youth Symphony*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN YOUTH SYMPHONY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case: 1:07-cv-01280 (JDB) |
| ) | |
| **OXYGEN MEDIA, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND
AND POINTS AND AUTHORITIES IN SUPPORT

# ATTACHMENT 2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **GREGORY C. ROYAL**, *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **OXYGEN MEDIA, INC.,** ) <br> ) <br> **Defendant.** ) | Civil Case No. **2007 CA 003999 B** <br> Calendar 12 <br> Judge Robert E. Morin |

**ORDER**

Upon consideration of the Consent Motion to Extend Time to Answer or Respond to the Complaint in the above-captioned action, and Points and Authorities in Support, it is this **12th day of July 2007**, hereby

**ORDERED** that the Consent Motion is **GRANTED**; it is

**FURTHER ORDERED** that defendant Oxygen Media, Inc. ("Oxygen") shall answer or otherwise respond to the Complaint on or before August 3, 2007.

**SO ORDERED.**

*/s/ Robert E. Morin*

———————————————
Hon. Robert E. Morin
District of Columbia Superior Court Judge

Copies to:

Constance M. Pendleton
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006-3402
*Counsel for Defendant Oxygen Media, Inc.*

Gregory Charles Royal DBA
American Youth Symphony
262 16th Street, SE,
Suite 3
Washington, D.C. 20003
*Pro Se for Plaintiff American Youth Symphony*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN YOUTH SYMPHONY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OXYGEN MEDIA, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case: 1:07-cv-01280 (JDB) |

[PROPOSED] ORDER

Upon consideration of the Consent Motion to Extend Time to Answer or Respond to the Complaint in the above-captioned action, and Points and Authorities in Support, it is hereby

ORDERED that the Consent Motion is hereby GRANTED; it is

FURTHER ORDERED that defendant Oxygen Media, Inc. ("Oxygen") shall answer or otherwise respond to the Complaint on or before August 3, 2007.

**SO ORDERED.**

Dated this ___ day of _____, 2007

_____
Hon. John D. Bates
U.S. DISTRICT COURT

Copies to:

Constance M. Pendleton
Lisa B. Zycherman
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006-3402

*Counsel for Defendant Oxygen Media, Inc.*

1

Gregory Charles Royal
American Youth Symphony
262 16th Street, SE
Suite 3
Washington, D.C. 20003

*Pro Se for Plaintiff American Youth Symphony*