IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN YOUTH SYMPHONY ) | |
| ) | |
| · Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-01280 (JDB) |
| ) | |
| OXYGEN MEDIA, INC. ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS AND POINTS AND AUTHORITIES IN SUPPORT**

Defendant Oxygen Media, LLC ("Oxygen"), with the consent of plaintiff American Youth Symphony ("AYS"), moves this Court for an order extending the time by which AYS must file an Opposition to Oxygen's Motion to Dismiss, in addition to the time prescribed by the Federal and Local Rules, to and including September 7, 2007. In addition, Oxygen, with the Consent of plaintiff AYS, moves this Court for an order extending the time by which Oxygen must file a Reply to AYS's Opposition, in addition to the time prescribed by the Federal and Local Rules, to and including September 28, 2007.

Oxygen filed a Motion to Dismiss AYS's Complaint on August 3, 2007, and served AYS the same day by first class mail and electronic mail. Pursuant to Local Rule 7(b) and Fed. R. Civ. P. 6(e), AYS's Opposition would be due August 17. In accordance with Local Rule 7(d) and Fed. R. Civ. P. 6(e), Oxygen's Reply would be due five (5) days thereafter. The parties seek an extension of time to file their Opposition and Reply due to the counsel's long standing vacation schedules and the press of other matters, including briefing schedules in other pending cases.

Pursuant to Local Rule 7(m), counsel for Oxygen certifies that she has conferred with

plaintiff and has obtained plaintiff's consent to the filing of the instant motion.

WHEREFORE, Oxygen respectfully requests the entry of an order extending the time by which AYS must file an Opposition to Oxygen's Motion to Dismiss to and including September 7, 2007, and extending the time by which Oxygen must file a Reply to AYS's Opposition to and including September 28, 2007.

Dated:  August 7, 2007

                                            Respectfully submitted,

                                            DAVIS WRIGHT TREMAINE LLP

                                            <u>Constance M. Pendleton /s/</u>
                                            Constance M. Pendleton (DC Bar No. 456919)
                                            conniependleton@dwt.com
                                            Lisa B. Zycherman (DC Bar No. 495277)
                                            lisazycherman@dwt.com
                                            1919 Pennsylvania Avenue, N.W., Suite 200
                                            Washington, DC  20006-3402
                                            Telephone:     (202) 973-4200
                                            Facsimile:      (202) 973-4499
                                            conniependleton@dwt.com
                                            lisazycherman@dwt.com

                                            Attorneys for Defendant Oxygen Media, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 7th day of August, 2007, a copy of the foregoing Consent Motion to Extend Time to File Opposition and Reply to Motion to Dismiss and Point and Authorities in Support was served electronically and by first-class mail, postage pre-paid, upon:

Mr. Gregory Charles Royal
American Youth Symphony
262 16th Street, SE, Suite 3
Washington, D.C.  20003

                                              _Constance M. Pendleton /s/_____
                                              Constance M. Pendleton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN YOUTH SYMPHONY** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **OXYGEN MEDIA, INC.** ) <br> ) <br> Defendant. ) <br> _____) | No. 1:07-cv-01280 (JDB) |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend Time to File Opposition and Reply to Motion to Dismiss and Points and Authorities In Support, it is hereby

**ORDERED** that the Consent Motion is hereby **GRANTED**; it is

**FURTHER ORDERED** that plaintiff American Youth Symphony ("AYS") will file an Opposition to Oxygen Media, LLC's ("Oxygen's") Motion to Dismiss on or before September 7, 2007; it is

**FURTHER ORDERED** that defendant Oxygen will file a Reply to AYS's Opposition on or before September 28, 2007.

**SO ORDERED.**

Dated this _____ day of _____, 2007

_____
Hon. John D. Bates
United States District Judge

Copies to:

Constance M. Pendleton, Esq.
Lisa B. Zycherman, Esq.

Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006-3402

*Counsel for Defendant Oxygen Media, LLC*


Gregory Charles Royal DBA
American Youth Symphony
262 16th Street, SE
Suite 3
Washington, D.C. 20003

*Pro Se for Plaintiff American Youth Symphony*