UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN YOUTH SYMPHONY,<br><br>    Plaintiff,<br><br>    v.<br><br>OXYGEN MEDIA, INC.,<br><br>    Defendant. | Civil Action No. 07-1280 (JDB) |

### ORDER

Plaintiff American Youth Symphony filed this action in Superior Court in the District of Columbia on June 12, 2007, and the case was removed to this Court by defendant Oxygen Media, LLC on July 18, 2007. On August 3, 2007, defendant filed a motion to dismiss, which was superseded by an amended motion to dismiss on August 10, 2007. Defendant has also filed a consent motion on behalf of plaintiff requesting an extension of time to file an opposition to the motion to dismiss; defendant additionally requests an extension of time to file its eventual reply.

To this date, there is no indication on the record in this action that plaintiff, a corporation, has retained counsel. Rather, the docket sheet states that an individual named Gregory Charles Royal is purporting to act pro se on behalf of plaintiff. "It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993). Accordingly, and upon consideration of the entire record herein, it is this 13th day of August, 2007, hereby

-1-

**ORDERED** that plaintiff shall file a notice on the record demonstrating that it has retained counsel by not later than August 27, 2007, and that a failure to do so will result in dismissal of this case without prejudice; it is further

**ORDERED** that defendant's [6] consent motion for extension of time is **GRANTED**; it is further

**ORDERED** that plaintiff shall file an opposition to defendant's [7] amended motion to dismiss by not later than September 7, 2007; it is further

**ORDERED** that defendant shall file a reply in support of its amended motion to dismiss by not later than September 28, 2007; and it is further

**ORDERED** that defendant's [5] original motion to dismiss is **TERMINATED**.

**SO ORDERED.**

        /s/ John D. Bates
        JOHN D. BATES
    United States District Judge