IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN YOUTH SYMPHONY | ) |
| | ) |
| Plaintiff, | ) |
| | ) No: 1:07-cv-01280 (JDB) |
| v. | ) |
| | ) |
| OXYGEN MEDIA, INC. | ) |
| Defendant. | ) |

**MOTION TO MODIFY AUGUST 13, 2007 ORDER**

Plaintiff pro se, Gregory Charles Royal DBA American Youth Symphony, respectfully moves this Court to modify its order of August 13, 2007 on the grounds that Plaintiff, being a non-profit sole proprietorship, and as originally docketed in the DC Superior Court, is not required by Federal or Local Rules to be represented by counsel.

Any representation on this Court's docket classifying Plaintiff as a corporation is erroneous.

Dated this 21st day of August, 2007.

Respectfully submitted,

*/s/ Gregory Charles Royal*

Gregory Charles Royal
DBA American Youth Symphony
507 Roosevelt Blvd. C-220
Falls Church, VA 22044
(202) 302-6703

**RECEIVED**

AUG 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of August, 2007, a copy of the foregoing MOTION TO MODIFY AUGUST 13, 2007 ORDER was served via email and by first-class mail, postage pre-paid upon:

Constance M. Pendleton
conniependleton@dwt.com

and
Constance M. Pendleton
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W. Suite 200
Washington, DC 20006-3402

*/s/*
Gregory Charles Royal