UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN YOUTH SYMPHONY,

    Plaintiff,

    v.

OXYGEN MEDIA, INC.,

    Defendant.

Civil Action No. 07-1280 (JDB)

### ORDER

On August 13, 2007, the Court ordered plaintiff American Youth Symphony to retain counsel by not later than August 27, 2007. Gregory Charles Royal has now represented to this Court that he is sole proprietor of American Youth Symphony, a non-profit organization. As such, he may proceed in this Court pro se. See Offshore Air v. Fed. Aviation Admin., No. 02-1233, 2002 WL 31548621, at *1 (D.C. Cir. Nov. 13, 2002). The Court also notes that defendant has represented that "[n]o entity currently exists by the name of Oxygen Media, Inc."; rather, the relevant entity is named Oxygen Media, LLC. See Def.'s Mem. in Support of Am. Mot. to Dismiss at 2 n.1; Corrected Decl. of Fabian Milburn ¶ 2. Upon consideration of the entire record herein, it is this 22nd day of August, 2007, hereby

**ORDERED** that [9] plaintiff's motion to modify August 13, 2007 order is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court amend the caption of this case to read "Gregory Charles Royal d/b/a American Youth Symphony v. Oxygen Media, LLC."

The briefing deadlines set forth in the August 13, 2007, order remain in effect.

**SO ORDERED.**

                                                   /s/ John D. Bates
                                                   JOHN D. BATES
                                        United States District Judge