IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GREGORY CHARLES ROYAL DBA**
**AMERICAN YOUTH SYMPHONY**     )
                                )
         Plaintiff,             )
                                )
                                ) No: 1:07-cv-01280 (JDB)
     v.                         )
                                )
**OXYGEN MEDIA, LLC.**          )
         Defendant.             )
_____)

## MOTION FOR PRODUCTION OF DOCUMENTS

Plaintiff pro se, Gregory Charles Royal DBA American Youth Symphony respectfully moves this Court to order Defendant Oxygen Media, LLC to submit to Plaintiff, or to make available for inspection, copies of all "Affiliate Agreements" aka "contracts" it maintained during the claim period (January-June 2007) with each and every cable company, satellite company and internet server that conducted business in the District of Columbia for the following reasons:

1. Defendant in his Motion to Dismiss, has raised arguments regarding this court's general and personal jurisdiction, which may be dispositive of Plaintiff's claims, without any evidence whatsoever to support his assertions.

2. Plaintiff has tried to obtain such evidence with entities known to do business with Defendant in the District of Columbia, such as Comcast aka Comcast DC, aka DC Cable Vision, who decline to divulge any private contractual information to Plaintiff. Plaintiff's belief that Defendant has business dealings with cable and satellite companies in the District of Columbia is based upon common public knowledge that Defendant's programming is aired or made available by these media outlets, collectively, to virtually every household within the District of Columbia. Additionally, according to Defendant's own admission, with or without specific intent, their programming is made available to

RECEIVED
AUG 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of Columbia viewers. *See* Corrected Declaration of Fabian F. Milburn Jr., Esq. ¶3.

3. The existence of local cable and satellite franchise agreements within local municipalities, mandated by law, with companies such as Comcast DC aka DC Cable Vision, who pay cable networks a percentage of subscriber fees, is common knowledge. However, Defendant purports that it has no business connections with any persons or entities within the District of Columbia. This documentation is both reasonable and necessary for Plaintiff to provide a well informed response to Defendant's Motion to Dismiss AND to ensure that Defendant refrains from making blanket statements involving dispositive matters without any documentary evidence.

## CONCLUSION

For the above reasons, Plaintiff prays that his MOTION FOR PRODUCTION OF DOCUMENTS, or any such similar relief, be GRANTED and that the September 7, 2007 deadline for Plaintiff to file his opposition motion to Defendant's MOTION TO DISSMISS, be adjusted to reflect the time it takes to receive or examine the requested documents.

Dated this 24th day of August, 2007.

Respectfully submitted,

Gregory Charles Royal
DBA American Youth Symphony
507 Roosevelt Blvd. C-220
Falls Church, VA 22044
(202) 302-6703

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2007, a copy of the foregoing MOTION FOR PRODUCTION OF DOCUMENTS was served via email and by first-class mail, postage pre-paid upon:

Constance M. Pendleton
conniependleton@dwt.com

and
Constance M. Pendleton
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W. Suite 200
Washington, DC 20006-3402

*Gregory Charles Royal* (signature)