IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN YOUTH SYMPHONY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**OXYGEN MEDIA, LLC,** )<br>)<br>Defendant. )<br>_____) | Case: 1:07-cv-01280 (JDB) |

**CONSENT MOTION TO EXTEND OXYGEN'S TIME TO FILE AN
OPPOSITION TO MOTION FOR PRODUCTION OF DOCUMENTS
AND POINTS AND AUTHORITIES IN SUPPORT**

Defendant Oxygen Media, Inc. ("Oxygen"), with the consent of plaintiff American Youth Symphony ("AYS"), moves this Court for an order extending the time by which Oxygen must file its opposition in response to AYS's Motion for Production of Documents in the above-captioned action, in addition to the time prescribed by the Federal and Local Rules, for seven days to and including September 14, 2007.

On August 24, 2007, AYS filed a Motion for Production of Documents and served Oxygen by first-class mail. Oxygen's opposition to the motion is due today. AYS seeks an order requiring Oxygen to submit or make available to AYS "copies of all 'Affiliate Agreements' aka 'contracts' it maintained during the claim period (January – June 2007) with each and every cable company, satellite company and internet server that conducted business in the District of Columbia . . . ." Mot. at 1. AYS believes any such agreements would show that Oxygen has business connections with entities within the District of Columbia for purposes of establishing jurisdiction in the District.

1

Plaintiff did not confer with counsel for Oxygen before filing his motion in an effort to resolve the issue without judicial intervention, or certify in his motion that he had done so, as required by Local Rule 7(m).  Oxygen has already acknowledged in a sworn declaration that its programming broadcasts into the District of Columbia.  *See* Corrected Declaration of Fabian Milburn ¶ 3 in support of Oxygen's Motion to Dismiss.  Oxygen seeks the brief extension because the parties are negotiating a stipulation so that Oxygen can provide plaintiff responsive information, if any, to his request for documents while protecting Oxygen's proprietary, confidential business agreements and avoid the need for judicial intervention.  If the parties are ultimately unable to agree to a stipulation, Oxygen will file its Opposition to AYS's Motion on Friday, September 14, 2007.

Pursuant to Local Rule 7(m), counsel for Oxygen certifies that she has conferred with plaintiff and has obtained plaintiff's consent to the filing of the instant motion.

WHEREFORE, Oxygen respectfully requests the entry of an order extending the time by which Oxygen must file its Opposition to AYS's Motion for Production of Documents for seven days to and including September 14, 2007 while the parties finalize their stipulation.

Dated:  September 7, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

  Constance M. Pendleton  /s/  
Constance M. Pendleton (D.C. Bar No. 456919)  
conniependleton@dwt.com  
Lisa B. Zycherman (D.C. Bar No. 495277)  
lisazycherman@dwt.com  
1919 Pennsylvania Ave., N.W., Suite 200  
Washington, D.C. 20006-3402  
(202) 973-4200  
(202) 973-4499 (fax)

Attorneys for Defendant Oxygen Media, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September 2007, I directed that true and correct copies of the foregoing Consent Motion to Extend Oxygen's Time to File Opposition to Motion for Production of Documents and Points and Authorities in Support and Proposed Order be served electronically and by first class-mail, postage pre-paid, upon the following:

>Gregory Charles Royal
>American Youth Symphony
>262 16th Street, SE
>Suite 3
>Washington, D.C. 20003

>_Constance M. Pendleton /s/_
>Constance M. Pendleton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN YOUTH SYMPHONY,** <br><br> Plaintiff, <br><br> v. <br><br> **OXYGEN MEDIA, LLC,** <br><br> Defendant. | Case: 1:07-cv-01280 (JDB) |

### [PROPOSED] ORDER

Upon consideration of the Consent Motion to Extend Defendant Oxygen Media, LLC's Time to File an Opposition to the Motion for Production of Documents in the above-captioned action, and Points and Authorities in Support, it is hereby

ORDERED that the Consent Motion is hereby GRANTED; it is

FURTHER ORDERED that defendant Oxygen shall file its Opposition to Plaintiff's Motion for Production of Documents on or before September 14, 2007.

**SO ORDERED.**

Dated this ___ day of _____, 2007

_____
Hon. John D. Bates
UNITED STATES DISTRICT JUDGE

Copies to:

Constance M. Pendleton
Lisa B. Zycherman
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006-3402

*Counsel for Defendant Oxygen Media, LLC*

1

Gregory Charles Royal
American Youth Symphony
262 16th Street, SE
Suite 3
Washington, D.C. 20003

*Pro Se for Plaintiff American Youth Symphony*