IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| GREGORY CHARLES ROYAL DBA AMERICAN YOUTH SYMPHONY )<br>)<br>Plaintiff, )<br>) No: 1:07-cv-01280 (JDB)<br>v. )<br>)<br>OXYGEN MEDIA, LLC. )<br>Defendant. )<br>_____ ) | |

## PLAINTIFF'S MOTION TO WITHDRAW
## MOTION FOR PRODUCTION OF DOCUMENTS

Plaintiff pro se, Gregory Charles Royal DBA American Youth Symphony respectfully moves the court to withdraw his **Motion for Production of Documents** filed on August 24, 2007. The parties were able to resolve the issues set forth in the motion via the stipulation as set forth in **Supplement to Plaintiff's Opposition to Defendant's Motion to Dismiss.**

Dated this 14th day of September, 2007.

Respectfully submitted,

Gregory Charles Royal
DBA American Youth Symphony
507 Roosevelt Blvd. C-220
Falls Church, VA 22044
(202) 302-6703

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2007, a copy of the foregoing PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR PRODUCTION OF DOCUMENTS was served via email and by first-class mail, postage pre-paid upon:

Constance M. Pendleton
conniependleton@dwt.com

and
Constance M. Pendleton
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W. Suite 200
Washington, DC 20006-3402

*Gregory Royal*