IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GREGORY CHARLES ROYAL DBA
AMERICAN YOUTH SYMPHONY**          )
                                    )
            Plaintiff,              )
                                    )  No: 1:07-cv-01280 (JDB)
      v.                            )
                                    )
**OXYGEN MEDIA, LLC.**              )
            Defendant.              )
_____)

RECEIVED
SEP 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SUPPLEMENT TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff pro se, Gregory Charles Royal DBA American Youth Symphony respectfully moves the court to accept this **Supplement to Plaintiff's Opposition to Defendant's Motion to Dismiss..** In this supplement, a result of a stipulated agreement avoiding a motion for jurisdictional discovery by Plaintiff, Defendant makes these statements regarding issues pertinent to personal jurisdiction by this court- to be incorporated with Plaintiff's Opposition to Defendant's Motion to Dismiss.

**Oxygen Media LLC Asserts (and in the attached Stipulation) that:**

1.   Oxygen receives payments (i.e., revenues) from Comcast and RCN that are based, in part, on the number of customers who pay subscriber fees in the District of Columbia (and elsewhere in the U.S. and the Caribbean) who receive Oxygen's signal. Comcast's payments are sent from Comcast in Philadelphia, Pennsylvania to Oxygen in New York, New York, and RCN's payments are sent from RCN in Herndon, Virginia to Oxygen in New York, New York.

2. Oxygen maintains Errors and Omissions Insurance or Broadcasters Media Liability Insurance, or their equivalent, which coverage extends to certain claims that might arise

as a result of broadcasts of Oxygen's programs in the District of Columbia (or elsewhere in the U.S. and the Caribbean).

Dated this 14th day of September, 2007.

Respectfully submitted,

Gregory Charles Royal
DBA American Youth Symphony
507 Roosevelt Blvd. C-220
Falls Church, VA 22044
(202) 302-6703

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2007, a copy of the foregoing SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS was served via email and by first-class mail, postage pre-paid upon:

Constance M. Pendleton
conniependleton@dwt.com

and
Constance M. Pendleton
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W. Suite 200
Washington, DC 20006-3402

_____
Gregory Royal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN YOUTH SYMPHONY,<br><br>    Plaintiff,<br><br>v.<br><br>OXYGEN MEDIA, LLC,<br><br>    Defendant. | Case: 1:07-cv-01280 (JDB) |

## STIPULATION

Defendant Oxygen stipulates as follows:

1.  Oxygen receives payments (*i.e.*, revenues) from Comcast and RCN that are based, in part, on the number of customers who pay subscriber fees in the District of Columbia (and elsewhere in the U.S. and the Caribbean) who receive Oxygen's signal. Comcast's payments are sent from Comcast in Philadelphia, Pennsylvania to Oxygen in New York, New York, and RCN's payments are sent from RCN in Herndon, Virginia to Oxygen in New York, New York.

2.  Oxygen maintains Errors and Omissions Insurance or Broadcasters Media Liability Insurance, or their equivalent, which coverage extends to certain claims that might arise as a result of broadcasts of Oxygen's programs in the District of Columbia (or elsewhere in the U.S. and the Caribbean).

Dated: September 14, 2007

                                                DAVIS WRIGHT TREMAINE LLP

                                                _Constance M. Pendleton /s/_____
                                                Constance M. Pendleton (D.C. Bar No. 456919)
                                                conniependleton@dwt.com
                                                Lisa B. Zycherman (D.C. Bar No. 495277)
                                                lisazycherman@dwt.com
                                                1919 Pennsylvania Ave., N.W., Suite 200

Washington, D.C. 20006-3402
(202) 973-4200
(202) 973-4499 (fax)

Attorneys for Defendant Oxygen Media, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September 2007, I directed that true and correct copies of the foregoing Stipulation be served electronically and by first class-mail, postage pre-paid, upon the following:

>Gregory Charles Royal
>American Youth Symphony
>262 16th Street, SE
>Suite 3
>Washington, D.C. 20003

>>Constance M. Pendleton /s/
>>Constance M. Pendleton