**RECEIVED**
**OCT 1 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY CHARLES ROYAL DBA )
AMERICAN YOUTH SYMPHONY )
)
Plaintiff, )
) No: 1:07-cv-01280 (JDB)
v. )
)
OXYGEN MEDIA, LLC. )
Defendant. )
_____ )

**PLAINTIFF'S EX PARTE MOTION FOR TRANSFER IN LIEU OF DISMISSAL**

Plaintiff pro se, Gregory Charles Royal DBA American Youth Symphony respectfully moves the court to consider this Motion for Transfer in Lieu of Dismissal for the following reasons:

1. This ex parte motion addresses a matter in the absolute discretion of the court. See Brock v. Entre Computer Ctrs., Inc., 933 F.2d 1253, 1257 (4th Cir. 1991).and Plaintiff's request is of a timely concern: before a ruling on Defendant's Motion to Dismiss occurs.

2. Plaintiff has notified Defendant prior to this filing of Monday October 1, 2007 on Saturday, September 29, 2007 by email and by phone message.

3. The scope of Defendant's Motion to Dismiss is regarding personal jurisdiction.

4. The amount in controversy exceeds the $75,000 limit of the New York state courts.

5. Pursuant to Title 28 U.S.C. § 1404(a) which provides in pertinent part that: "...a district court may transfer any civil action to any other district or division where it might have been brought.", transfer would be proper in the event of a lack of personal jurisdiction over the Defendant by this court.

**CONCLUSION**

For the reasons stated herein Plaintiff prays that his Motion for Transfer in Lieu of Dismissal be Granted **IF** this court finds that it cannot exercise personal jurisdiction over Defendant.

Dated this 29th day of September, 2007.
Respectfully submitted,

Gregory Charles Royal
DBA American Youth Symphony
(202) 302-6703