UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**GREGORY CHARLES ROYAL D/B/A AMERICAN YOUTH SYMPHONY,**

    Plaintiff,

    v.

**OXYGEN MEDIA, LLC,**

    Defendant.

Civil Action No. 07-1280 (JDB)

## ORDER

On August 10, 2007, defendant Oxygen Media, LLC, filed a motion to dismiss plaintiff's complaint due to lack of personal jurisdiction. In its filings, defendant strongly indicated that plaintiff should have initiated the instant action in the United States District Court for the Southern District of New York. See Def.'s Mot. at 2 (noting that defendant's "principal place of business has been located in New York, New York"); Def.'s Reply at 15 (noting that both parties agreed that "any in-person communications occurred in New York -- not the District of Columbia"). Thereafter, on October 1, 2007, plaintiff filed a motion for transfer in lieu of dismissal. To date, defendant has not filed a response, so the Court will treat the motion as conceded. See Local Civil Rule 7 (explaining that if an opposition to a motion is not filed within eleven days of the date of service "the Court may treat the motion as conceded").

The relevant statutory provision, 28 U.S.C. § 1404(a), provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to

any other district or division where it might have been brought."  The purpose of this provision is to prevent the waste of time and money, and to protect the parties, witnesses and the public against unnecessary prejudice, inconvenience or expense.  See, e.g., Van Dusen v. Barrack, 376 U.S. 612, 616 (1964).

Accordingly, upon consideration of [17] plaintiff's motion for transfer in lieu of dismissal, and the entire record herein, it is hereby

**ORDERED** that plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Southern District of New York.

                                          /s/ John D. Bates
                                          JOHN D. BATES
                                     United States District Judge

Date:   December 31, 2007